An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN JUSTINE WIESNER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66402

**FILED**

NOV 1 7 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from an "Order for Petition for Writ of Habeas Corpus filed August 13, 2014." Eighth Judicial District Court, Clark County; Douglas Smith, Judge. The order identified in the notice of appeal directs respondent to file an answer and a return to appellant's petition and sets a hearing date for the petition. No statute or court rule provides for an appeal from such an order. Accordingly, we lack jurisdiction over this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). We therefore

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____

[1]Because we lack jurisdiction over this appeal, we will take no action on the documents submitted by appellant in proper person.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-37799

cc: Hon. Douglas Smith, District Judge
Coyer & Landis, LLC
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Deann Justine Wiesner

SUPREME COURT
OF
NEVADA

(O) 1947A